| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHELLE C. DOOLIN (179445) |
| 2 | (mdoolin@cooley.com) |
| | LEO P. NORTON (216282) |
| 3 | (lnorton@cooley.com) |
| | DARCIE A. TILLY (239715) |
| 4 | (dtilly@cooley.com) |
| | NEAL R. GIBEAULT (299730) |
| 5 | (ngibeault@cooley.com) |
| | 4401 Eastgate Mall |
| 6 | San Diego, CA  92121 |
| | Telephone:   (858) 550-6000 |
| 7 | Facsimile:    (858) 550-6420 |
| 8 | Attorneys for Defendant |
| | Guess?, Inc. |
| 9 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FARIDEH HAGHAYEGHI, on behalf of herself and all others similarly situated, | Case No.  14-cv-00020 JAH NLS |
|---|---|
| Plaintiff, | **DEFENDANT GUESS?, INC.'S NOTICE OF MOTION AND MOTION TO TEMPORARILY STAY ACTION** |
| v. | |
| GUESS?, INC., | Date:       Nov. 2, 2015 |
| | Time:       2:30 p.m. |
| Defendant. | Judge:      Hon. John A. Houston |
| | Courtroom: 13B |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**DEFENDANT GUESS?, INC.'S NOTICE OF
MOTION & MOTION TO STAY ACTION
CASE NO. 14-CV-00020 JAH NLS**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on November 2, 2015, at 2:30 p.m., at the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101, defendant Guess?, Inc. will and hereby does move before the Honorable John A. Houston, Courtroom 13B, for an order temporarily staying this action pending final resolution of the consolidated appeal of the Federal Communications Commission's Declaratory Ruling and Order (FCC 15-72; CG Docket No.02-278; WC Docket No. 07-135) currently before the United States Court of Appeals for the District of Columbia, Nos. 15-1211, 15-1218, 15-1244.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the declaration of Leo P. Norton, all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

Dated: September 28, 2015

COOLEY LLP
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)
DARCIE A. TILLY (239715)
NEAL R. GIBEAULT (299730)


/s/Michelle C. Doolin
Michelle C. Doolin (179445)
Attorneys for Defendant
Guess?, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DEFENDANT GUESS?, INC.'S NOTICE OF
MOTION & MOTION TO STAY ACTION
CASE NO. 14-CV-00020 JAH NLS