Payam Shahian (State Bar No. 228406)
pshahian@slpattorney.com
Christine Haw (State Bar No. 289351)
chaw@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, California 90067
Telephone:   (310) 277-1040
Facsimile:   (310) 943-3838

Matthew R. Mendelsohn (Admitted *Pro Hac Vice*)
mmendelsohn@mskf.net
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:   (973) 228-9898
Facsimile:   (973) 228-0303

Attorneys for Plaintiff Farideh Haghayeghi

*[Additional Plaintiff's Counsel on Signature Block]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIDEH HAGHAYEGHI, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUESS ?, INC.;<br><br>　　　　　Defendant. | Case No.: 14-cv-00020-JAH-NLS<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:　　　November 7, 2016<br>Time:　　　2:30 p.m.<br>Location:　Courtroom 13B<br><br>Complaint Filed:   January 3, 2014 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 7, 2016, at 2:30 p.m., at the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, Plaintiff Farideh Haghayeghi will, and hereby does, move, before the Honorable John A. Houston, Courtroom 13B, for an order (a) preliminarily approving the Parties' proposed class action Settlement Agreement, (b) preliminarily approving the form, manner, and content of the notice to the Class Members of the proposed Settlement, (c) scheduling a Fairness Hearing in this matter, (d) provisionally certifying the Class for settlement purposes only, (e) finding that Defendant Guess?, Inc. ("Guess") has complied with the CAFA notice requirements under 28 U.S.C. § 1715(b), (f) staying all proceedings in the Action against Guess, except as may be necessary to implement or comply with the terms of the Settlement, until the Court renders a final decision on approval of the Settlement and sets a briefing schedule for the papers in support of the Final Order, (g) conditionally appointing Named Plaintiff as the class representative for settlement purposes only, and (h) conditionally appointing the law firms of Strategic Legal Practices, APC, Mazie Slater Katz & Freeman, LLC, and Rosner, Barry & Babbitt, LLP as Class Counsel for settlement purposes only.

Plaintiff's motion is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Payam Shahian, the Declaration of Matthew R. Mendelsohn, the Declaration of Hallen D. Rosner, the exhibits attached thereto, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith.

Dated: September 15, 2016

Respectfully submitted,
Strategic Legal Practices, APC

By:   /s/
Payam Shahian

Matthew R. Mendelsohn (Admitted Pro Hac Vice)
mmendelsohn@mskf.net

MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303

Hallen D. Rosner (State Bar No. 109740)
halrosner@aol.com
ROSNER, BARRY & BABBITT, LLP
10085 Carroll Canyon Road, First Floor
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150

*Attorneys for Plaintiff Farideh Haghayeghi*