**If you received a text message from or on behalf of Guess between October 16, 2013 and [the date of entry of the Preliminary Approval Order], inclusive, you may be eligible to receive your choice of either a $15 payment or a voucher redeemable for $30 off a purchase from Guess.**

**Why did I get this notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *Haghayeghi v. Guess?, Inc. et al.*, Case 14-cv-00020 ("Action"). According to available records, you might be a "Class Member."  The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against Guess?, Inc. ("Guess") by plaintiff Farideh Haghayeghi alleging Guess violated the Telephone Consumer Protection Act by sending text messages without appropriate consent.  Guess denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial.  *No court has decided which side is right.  But both sides agreed to provide benefits to Guess customers and to resolve the case.*

**Am I a Class Member?**  You are a "Class Member" if you received a text message from or on behalf of Guess between October 16, 2013 and [the date of entry of the Preliminary Approval Order], inclusive.

**What relief does the Settlement provide?**  If you are a Class Member, you are eligible to receive your choice of either a (a) Settlement Payment of a one-time cash payment of fifteen dollars ($15) or (b) Settlement Voucher to receive $30 off a merchandise purchase (no minimum purchase required).  To receive a Settlement Payment or Settlement Voucher you must timely complete and submit a valid Claim Form.  A Claim Form is available on the Internet at the Settlement Website _____.  The deadline to submit a Claim Form is _____.

**What are my other options?**  If you don't want to be legally bound by the Settlement, you must exclude yourself by _____, or you won't be able to sue Guess about the legal claims in the Action ever again.  If you exclude yourself, you cannot receive a Settlement Payment or Settlement Voucher from this Settlement.  If you stay in the Settlement, you may object to it by _____.  The detailed notice available at _____ explains how to request exclusion or object.  The Court will hold a hearing on _____ at _____ to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Strategic Legal Practices, APC, Mazie Slater Katz & Freeman, LLC, and Rosner, Barry & Babbitt, LLP) for $495,000 in attorneys' fees and costs, and the class representative's (Farideh Haghayeghi) request for $5,000 for her services.  You may ask to appear at the hearing, but you don't have to.

**More information?**  For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit _____. You may also write to the Claims Administrator at the email address _____ or the postal address _____ or contact the Claims Administrator by toll-free telephone call at _____.

**Settlement Agreement and Release**