Received a text message from or on behalf of Guess between October 16, 2013 and [the date of entry of the Preliminary Approval Order], inclusive?  A settlement may affect your rights.  You could be entitled to $15 in cash or a $30 Guess merchandise voucher.  Click HERE for more info.