**Haghayeghi v. Guess?, Inc. et al., Case 14-cv-00020., CLAIM FORM**

**YOU MUST SUBMIT YOUR CLAIM FORM NO LATER THAN _____.**

**PERSONAL INFORMATION.** Please legibly print or type the following information:

Name (first, middle, and last):_____

Residential Street Address:_____

City, State, and ZIP code:_____

Telephone Number: (_____)_____Email Address (optional): _____

*The above information will be used to send you your Settlement Payment or Settlement Voucher and to communicate with you if any additional information is needed for or problems arise with your claim.*

**CONFIRMATION OF CLASS MEMBERSHIP**

**I declare the following:**

1. During the period of time between October 16, 2013 and [the date of entry of the Preliminary Approval Order], inclusive, I received a text message from or on behalf of Guess.
2. The text message(s) were received at the following cell phone number: (\_\_\_)

*Guess may verify your claim. Please retain in your possession any supporting phone records.*

**ELECTION OF SETTLEMENT BENEFIT**

☐ Thirty U.S. dollars ($30) off merchandise at any Guess owned retail stores in the United States. *See Settlement for Voucher Terms and Conditions.*
☐ Fifteen Dollars ($15).

**ACKNOWLEDGEMENT**

I have received notice of the class action Settlement in this case and I am a member of the class of persons described in the notice. I agree to release all the claims, known and unknown, stated in Section 4.4 of the Settlement Agreement. I submit to the jurisdiction of the United States District Court for the Southern District of California with regard to my claim and for purposes of enforcing the release of claims stated in the Settlement Agreement. I am aware that I can obtain a copy of the long-form notice and Settlement Agreement at _____ or by writing the Claims Administrator at the email address _____ or the postal address _____. I agree to furnish additional information to support this claim if required to do so.

IF SUBMITTED ELECTRONICALLY:
☐ **I agree that by submitting this Claim Form I certify under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that checking this box constitutes my electronic signature on the date of its submission.**

IF SUBMITTED BY U.S. MAIL:
**I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge.**

Dated:_____        Signature: _____

**Settlement Agreement and Release**