Payam Shahian (State Bar No. 228406)
pshahian@slpattorney.com
Christine Haw (State Bar No. 289351)
chaw@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, California 90067
Telephone:  (310) 277-1040
Facsimile:   (310) 943-3838

Matthew R. Mendelsohn (Admitted *Pro Hac Vice*)
mmendelsohn@mskf.net
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 228-9898
Facsimile:   (973) 228-0303

Attorneys for Plaintiff Farideh Haghayeghi

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FARIDEH HAGHAYEGHI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUESS ?, INC.;<br><br>Defendant. | Case No.: 14-cv-00020-JAH-NLS<br><br>**DECLARATION OF MATTHEW R. MENDELSOHN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:         October 7, 2016<br>Time:        2:30 p.m.<br>Location:   Courtroom 13B<br><br>Complaint Filed:   January 3, 2014 |

**DECLARATION OF MATTHEW R. MENDELSOHN**

I, Matthew R. Mendelsohn, declare:

1. I am a partner with the firm Mazie Slater Katz & Freeman, LLC, 103 Eisenhower Parkway, Roseland, New Jersey, 07068 ("Mazie Slater") and am one of the counsel of record in the above-captioned matter, and thus am fully familiar with the facts set forth herein. I submit this Declaration in support of Plaintiff's motion for preliminary approval of the proposed settlement and appointment of Matthew R. Mendelsohn of Mazie Slater as Co-Lead Class Counsel.

2. I graduated from Rutgers University in 2002 and then attended Seton Hall University School of Law, from which I graduated in 2005. I am a partner at Mazie Slater, where I have worked since 2006.

3. Mazie Slater has extensive experience in complex civil litigation, in general, and class actions and consolidated proceedings specifically. Proposed co-lead class counsel, Matthew R. Mendelsohn, has been appointed to leadership positions in other similar proceedings, as set forth below. In addition to holding these positions Mr. Mendelsohn has obtained numerous substantial verdicts and settlements in complex civil cases. Our firm has obtained the two largest personal injury verdicts in New Jersey history to our knowledge.

4. Mazie Slater attorneys have been appointed Class Counsel or Liaison Counsel in various class action and substantial consolidated proceedings, including the following examples:

- *Meyer v. Bebe Stores, Inc.*, No. 14-267, ECF/CM Doc. No. 106 (Aug. 22, 2016) (TCPA class certified over defendant's objections);

- *Overton v. sanofi-aventis US, LLC*, (D.N.J. 3:13-cv-05535-PGS-DEA) (nationwide class action settlement recovering 57% of the alleged damages on behalf of class members);

- *Zakskorn v. American Honda Motor Co.*, (E.D. Cal. 2:11-cv-2610-KJM-KJN) (nationwide class action settlement on behalf of 1.68 million class members involving brake defect in vehicles);

- *Aarons v. BMW of North America, LLC*, (C.D. Cal. 2:11-cv-7667-PSG-CW)(nationwide class action settlement involving transmission failure in certain Mini Cooper vehicles);

- *Keegan v. American Honda Motor Co.*, (C.D. Cal. 2:10-cv-09508-MMM-AJW)(Nationwide class action settlement involving suspension defect in certain Honda Vehicles);

- *Alin v. American Honda Motor Co., Inc.*, (D.N.J. 2:08-cv-04825)(nationwide class action settlement on behalf of hundreds of thousands of Honda vehicle owners alleging defects in their vehicles' air-conditioning systems);

- *Dewey v. Volkswagen*, (D.N.J. 2:07-CV-2249-FSH-PS) (comprehensive automotive class action settlement with regard to water drainage issues, involving 3 million Volkswagen and Audi vehicles owned or leased by approximately 5.5 million Class Members);

- *In re Pelvic Mesh Litigation* (Superior Court of New Jersey, Case No. 291) (appointed Co-Liaison Counsel in both ongoing coordinated proceedings involving more than 8,000 pelvic mesh product liability cases involving Ethicon/Johnson & Johnson and Bard);

- *In Re: Benicar (Olmesartan) Products Liability Litigation*, (D.N.J. 15-2606-RBK-JS) (appointed Co-Lead Counsel for the Plaintiffs, in ongoing MDL involving gastrointestinal injuries due to hypertension medication).

5. Attached as Exhibit "A" is a true and accurate copy of Mazie Slater's current Firm Resume.

6. In connection with this case, we have conducted and continue to engage in extensive factual and legal discovery, including propounding and responding to written discovery, retention of consultation with potential expert witnesses and engaging in significant motion practice.

7. We have worked closely and cooperatively with the other proposed Co-Lead Class Counsel in litigating this case and we will continue to do so.

MENDELSOHN DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____

MATTHEW R. MENDELSOHN

Dated: September 8, 2016