Payam Shahian (State Bar No. 228406)
pshahian@slpattorney.com
Christine Haw (State Bar No. 289351)
chaw@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Matthew R. Mendelsohn (Admitted *Pro Hac Vice*)
mmendelsohn@mskf.net
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303

Hallen D. Rosner (State Bar No. 109740)
halrosner@aol.com
**ROSNER, BARRY & BABBITT, LLP**
10085 Carroll Canyon Road, First Floor
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150

Attorneys for Plaintiff
FARIDEH HAGHAYEGHI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIDEH HAGHAYEGHI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUESS ?, INC.;<br><br>Defendant. | Case No. 14-cv-00020-JAH-NLS<br><br>DECLARATION OF HALLEN D. ROSNER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS<br><br>Date: October 7, 2016<br>Time: 2:30 p.m.<br>Location: Courtroom 13B<br><br>Complaint Filed: January 3, 2016 |

I, Hallen D. Rosner, hereby declare that:

1

DECLARATION OF HALLEN D. ROSNER

1.  I am the founding partner of Rosner, Barry & Babbitt, a 30-plus year old firm that has handled thousands of consumer cases, including class actions through settlement, trial and appeals. I submit this declaration in support of Plaintiff's Motion for Preliminary Approval of the proposed settlement and appointment of Hallen D. Rosner of Rosner, Barry & Babbitt as one of the class counsel in this case. Except as otherwise stated, I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon to do so.

2.  I graduated from U.C. Berkeley in 1980, and thereafter attended USD Law School where I was a member of the Law Review and regional moot court competitor.

3.  I have previously tried multiple class actions and handled multiple class actions. Our firm has also handled multiple appellate class action issues, including *Nelson v. Pearson Ford* (2010) 186 Cal.App.4th 983 and *Lewis v. Robinson Ford Sales, Inc.* (2007) 156 Cal.App.4th 359.

4.  For my body of work, I was awarded the National Consumer Advocate of the Year award in 2012 by the National Association of Consumer Advocates "NACA." Our firm is one of the leading appellate firms of the last 15 years in consumer appellate matters.

5.  My role in this case was as local counsel - - in this role I handled personal meet and confers with defense counsel, attended the settlement conference and reviewed pleadings and met and conferred with both out-of-the-area counsel. I was involved with the various discovery disputes.

6.  Having personally attended the Settlement Conference and participating in the case as noted above, I believe that under the circumstances, the proposed Settlement is fair, reasonable, and adequate and in the best interest of the Class Members. I concur with the Declaration of Payam Shahian regarding the risks and delays in continuing this litigation.

7. I am unaware of any competing litigation regarding the claims at issue in this case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing Declaration is true and correct, and was executed by me in San Diego, County of San Diego, California, on September 13, 2016.

*Hallen D. Rosner*