UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIDEH HAGHAYEGHI,<br><br>                     Plaintiff,<br><br>v.<br><br>GUESS?, INC.,<br><br>                     Defendant. | Case No.:  14cv00020 JAH - NLS<br><br>**ORDER VACATING HEARING** |

After a careful review of Plaintiffs' unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. No. 88), this Court deems the motion suitable for disposition without oral argument. See Civ. L.R. 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the motion is taken under submission and the hearing date of November 7, 2016 is VACATED. This Court will issue its written ruling on the motion in due course.

DATED: November 1, 2016

                                                             JOHN A. HOUSTON
                                                             United States District Judge