1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FARIDEH HAGHAYEGHI, on behalf
of herself and all others similarly
situated,

                    Plaintiff,

        v.

GUESS?, INC.,

                    Defendant.

Case No.  14-cv-00020 JAH NLS

**ORDER GRANTING JOINT MOTION
TO AMEND PRELIMINARY
APPROVAL ORDER AND NOTICES
RE OBJECTIONS PROCEDURES AND
EXTEND NOTICE DEADLINE**

18
19
20
21
22
23

        The Parties have submitted a joint motion to amend the Order Granting
Plaintiff's Motion for Preliminary Approval of Class Action Settlement entered on
November 8, 2016 (Docket No. 92) as to the objection procedure, the Full Notice to
conform to the amended objection procedure, and to extend the provision of notice
and related deadlines.  Upon review, the Court finds good cause to grant the joint
motion and orders as follows:

24
25
26
27

        (a)    Paragraph 4 "Objection to Settlement" of the Order Granting
Plaintiff's Motion for Preliminary Approval of Class Action Settlement entered on
November 8, 2016 (Docket No. 92) is hereby amended and replaced with the
following:

28

4.      **Objection to Settlement**.  Class Members who have not submitted a timely written exclusion request pursuant to paragraph 6 below and who want to object to the Settlement Agreement must deliver a written objection to the Claims Administrator no later than March 10, 2016.  The delivery date is deemed to be the date the objection is deposited in the U.S. Mail as evidenced by the postmark. The objection must include: (a) the name and case number of the Action "*Haghayeghi v. Guess?, Inc. et al.*, Case 14-cv-00020"; (b) the full name, address, and telephone number of the person objecting (email address is optional); (c) the words "Notice of Objection" or "Formal Objection"; (d) in clear and concise terms, the objection and legal and factual arguments supporting the objection; and (e) facts showing that the person objecting is a Class Member.  The written objection must be signed and dated, and must include the following language immediately above the signature and date "I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding class membership are true and correct to the best of my knowledge."  Any Class Member who submits a written objection, as described in this paragraph, may appear at the Fairness Hearing, either in person or through personal counsel hired at the Class Member's expense, to object to the Settlement Agreement.  Class Members, or their attorneys, intending to make an appearance at the Fairness Hearing, however, must include on the timely and valid written objection a statement substantially similar to "Notice of Intention to Appear."  If the objecting Class Member intends to appear at the Fairness Hearing through counsel, he or she must also identify the attorney(s) representing the objector who will appear at the Fairness Hearing and include the attorney(s) name,

address, phone number, e-mail address, and the state bar(s) to which counsel is admitted.  If the objecting Class Member intends to request the Court to allow the Class Member to call witnesses at the Fairness Hearing, such request must be made in the Class Member's written objection, which must also contain a list of any such witnesses and a summary of each witness's expected testimony.  Only Class Members who submit timely written objections containing Notices of Intention to Appear may speak at the Fairness Hearing.  The objection will not be valid if it only objects to the lawsuit's appropriateness or merits.

(b) Certain of the dates set forth in the table in paragraph 12 of the Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement entered on November 8, 2016 (Docket No. 92) are revised as follows:

| Event | Date |
|---|---|
| Last day for Guess, via the Claims Administrator, to send Email Notice and U.S. Mail Notice, start operating Settlement Website & providing Publication Notice | **January 9, 2016** |
| Last day for Plaintiff to file fee petition | **February 24, 2016** |
| Last day for Class Members to file a claim, request exclusion or object to the Settlement | **March 10, 2016** |

All other deadlines not specifically addressed above, but addressed in the original Order Granting Plaintiff's Motion for Preliminary Approval of Class Action

//

//

//

//

**ORDER GRANTING JOINT MOTION TO AMEND PRELIMINARY APPROVAL ORDER CASE NO. 14-CV-00020 JAH NLS**

1  Settlement entered on November 8, 2016 (Docket No. 92), and the Fairness
2  hearing date remain unchanged.
3  **IT IS SO ORDERED.**
4  Dated: December 16, 2016
5
6  Hon. John A. Houston
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.