Payam Shahian (State Bar No. 228406)
pshahian@slpattorney.com
Christine Lee (State Bar No. 297332)
clee@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, California 90067
Telephone: (310) 277-1040
Facsimile: (310) 943-3838

Matthew R. Mendelsohn (Admitted *Pro Hac Vice*)
mmendelsohn@mskf.net
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303

Hallen D. Rosner (State Bar No. 109740)
halrosner@aol.com
**ROSNER, BARRY & BABBITT, LLP**
10085 Carroll Canyon Road, First Floor
San Diego, California 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150

Attorneys for Plaintiff Farideh Haghayeghi

*[Additional Plaintiff's Counsel on Signature Block]*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIDEH HAGHAYEGHI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUESS ?, INC.;<br><br>Defendant. | Case No.: 14-cv-00020-JAH-NLS<br><br>**NOTICE OF PLAINTIFF'S PETITION FOR ATTORNEY'S FEES, COSTS, AND SERVICE AWARD**<br><br>Date: April 24, 2017<br>Time: 2:30 p.m.<br>Location: Courtroom 13B<br><br>Complaint Filed: January 3, 2014 |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 24, 2017, at 2:30 p.m. in Courtroom 13B (13th Floor Annex) of the above-entitled court, located at 333 West Broadway, San Diego, California 92101, the Honorable John A. Houston presiding, Plaintiff Farideh Haghayeghi and Class Counsel will, and hereby do, move the Court for an Order awarding the following: (a) attorney's fees and costs of $495,000; and (b) a service award to the class representative, Farideh Haghayeghi, of $5,000.

This motion is based upon this notice, the accompanying memorandum of points and authorities, the declarations filed in support thereof, the proposed Settlement previously filed with the Court and all papers filed in support thereof, the complete record in this matter, and any argument presented in connection with this motion.

Dated: February 24, 2017

Respectfully submitted,
Strategic Legal Practices, APC

By: /s/
Payam Shahian
Attorneys for Plaintiff Farideh Haghayeghi

Dara Tabesh (SBN 230434)
dara.tabesh@ecotechlaw.com
**EcoTech Law Group, P.C.**
333 First St. Ste. C
San Francisco, CA 94105
Telephone: (415) 503-9194
Facsimile: (415) 651-8639