1  Payam Shahian (State Bar No. 228406)
   pshahian@slpattorney.com
2  Christine Lee (State Bar No. 297332)
   clee@slpattorney.com
3  **STRATEGIC LEGAL PRACTICES, APC**
   1840 Century Park East, Suite 430
4  Los Angeles, California 90067
   Telephone:   (310) 277-1040
5  Facsimile:   (310) 943-3838

6  Attorneys for Plaintiff Farideh Haghayeghi

7  *[Additional Plaintiff's Counsel on Signature Block]*

8

9                 **UNITED STATES DISTRICT COURT**

10                **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 FARIDEH HAGHAYEGHI, on behalf     Case No.: 14-cv-00020-JAH-NLS
   of herself and all others similarly
13 situated,                          **PLAINTIFF'S NOTICE OF MOTION
                                      FOR FINAL APPROVAL OF CLASS
14              Plaintiff,            ACTION SETTLEMENT**

15       v.                           Date:      April 24, 2017
                                      Time:      2:30 p.m.
16 GUESS ?, INC.;                     Location:  Courtroom 13B

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Farideh Haghayeghi ("Plaintiff"), in the above-entitled action, pending in the United States District Court for the Southern District of California, files this Notice of Motion and Motion for Final Approval of Class Action Settlement. Pursuant to Fed. R. Civ. P. 23, Plaintiff requests that the Court grant final approval of the parties' Settlement and enter the Final Judgment submitted with this motion. Plaintiff will move for Final Approval of Class Action Settlement on April 24, 2017 at 2:30 p.m. before the Hon. John A. Houston in Courtroom 13B of the United State District Court located at 333 West Broadway, San Diego, California 92101.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, supporting declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing, including Plaintiff's request for attorneys' fees, costs and incentive payment.

Dated: April 10, 2017

By: __/s/__
Payam Shahian (State Bar No. 228406)
pshahian@slpattorney.com
Christine Lee (State Bar No. 297332)
clee@slpattorney.com
**Strategic Legal Practices, APC**
1840 Century Park East, Suite 430
Los Angeles, California 90067
Telephone: (310) 277-1040
Facsimile: (310) 943-3838

Matthew R. Mendelsohn (*Pro Hac Vice*)
mmendelsohn@mskf.net
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:(973) 228-9898
Facsimile: (973) 228-0303

Hallen D. Rosner (State Bar No. 109740)
halrosner@aol.com
**Rosner, Barry & Babbitt, LLP**
10085 Carroll Canyon Road, First Floor
San Diego, California 92131
Telephone:(858) 348-1005
Facsimile: (858) 348-1150

Dara Tabesh (SBN 230434)
dara.tabesh@ecotechlaw.com
**EcoTech Law Group, P.C.**
333 First St. Ste. C
San Francisco, CA 94105
Telephone: (415) 503-9194
Facsimile: (415) 651-8639

*Attorneys for Plaintiff and the Class*

-1-