

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market St.
Philadelphia, PA 19106



July 5, 2016

Re: Objection to Cool Alert Class Action Settlement Case No. 15-3509

To Whom It May Concern:

I would like to object to the Rita's Cool Alert class action settlement. I received unsolicited texts from Rita's. The attorney fees in this case are too high and will take too much of the consumer's money and most consumers do not realize there is a settlement. The settlement is very confusing. I cannot attend the hearing. My cellular number that received the texts is 561-252-2442 but please do not contact me at this number. I live at 308 Ocean Breeze, Lake Worth, FL 33460. I have never objected to a class action settlement.



Melissa Randolph