Clerk of the Circuit Court of Cook County - Chancery Division
Richard J. Daley Center, 8th Floor
50 West Washington Street
Chicago, IL 60602

July 7, 2016

Re: Objection to Class Action Settlement for Willis v. iHeartMedia, Inc., Case No. 16 CH 02455 (Cir. Ct. Cook Cnty, Ill.)

To Whom It May Concern:

I would like to object to the iHeart texting class action settlement. I received unsolicited texts from iHeart. The attorney fees in this case are too high and will take too much of the consumer's money and most consumers do not realize there is a settlement. The settlement is very confusing. I cannot attend the hearing. My cellular number that received the texts is 561-252-2442 but please do not contact me at this number. I live at 308 Ocean Breeze, Lake Worth, FL 33460.

Melissa Randolph