**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FARIDEH HAGHAYEGHI,

                Plaintiff,

        v.

GUESS?, INC.,

                Defendant.

Case No. 14-cv-00020-JAH-NLS

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

I, Denise L. Earle, declare:

1.    I am a Project Manager with Angeion Group ("Angeion"), located at 1801 Market Street, Suite 660, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by Angeion related to the Notice Procedures for the *Farideh Haghayeghi v. Guess?, Inc.,* Case No. 14-cv-00020-JAH-NLS, pursuant to the Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, filed November 8, 2016, and the Order Granting Joint Motion to Amend Preliminary Approval Order and Notices RE: Objections Procedures and Extend Notice Deadline, filed on December 19, 2016 (the "Order").

3.  Angeion was retained to, among other tasks, administer the notice, claims, and a Settlement Payment or Settlement Voucher distribution process provided for in the Settlement Agreement.

## Distribution of CAFA Notice

4.  On September 23, 2016, as required by 28 U.S.C. §§ 1715, within ten (10) calendar days after the Settlement Agreement was filed with the Court, Angeion mailed, via the United States Post Office ("USPS") Priority Mail, notice of the proposed settlement of this action to the Attorneys General of each of the fifty states, the District of Columbia, the U.S. territories, and the Attorney General of the United States ("CAFA Notice"). The mailings included the items set forth in the CAFA Notice. A copy of the CAFA Notice is attached hereto as Exhibit A.

## Establishment of Class List

5.  On or about December 22, 2016, Angeion received from the Defendant an electronic list containing 74,444 records (the "Class List"). The Class List was comprised of 50,278 records with an email address; 4,495 records without an email address, but with a mailing address; and 19,671 records without an email address or a mailing address.

6.  Angeion performed a reverse telephone number search on the 19,671 records which did not include a postal or email address in order to append postal address information to the phone numbers provided. A reverse telephone number search takes a phone number and matches the corresponding name and postal address to that phone number.  Through the services of a primary and secondary source, Angeion obtained postal mailing address information for 5,272 Class Members.

7.   Angeion then combined the 4,495 records from the original Class List where a postal address was provided, but no email address was provided, with the 5,272 records that returned a hit with a postal address identified through the reverse telephone search, for a total of 9,767 records.   These records were sent for an email append whereby the name and address information would be searched to obtain an email address. Through the services of a primary and secondary source, Angeion obtained email address information for 6,592 of the 9,767 Class Members that were submitted.

**Initial Noticing**

8.   As a result of efforts described in paragraphs 5 through 7 above, Angeion finalized the Class List in preparation for sending Initial Notice with Email Notice to be sent to 56,870 persons and Mailed Postcard Notice to be sent to 3,175 persons.

9.   For the 3,175 Class Members who were to be sent Mailed Postcard Notice, Angeion performed a National Change of Address database ("NCOA") search, which provides updated addresses for all individuals who have moved during the previous four years and filed a change of address with the USPS.   The Mailing Class Member List was updated with these new addresses for all Mailing Class Members where a new address was provided via the NCOA search.

10.   In accordance with the Order, on January 9, 2017 ("Initial Notice Date" or "Initial Notice"), Angeion caused 56,870 Email Notices to be sent, and 3,175 Postcard Notices to be sent via USPS First Class Mail to Class Members included on the Class List.   A true and correct copy of the Email Notice is attached hereto as Exhibit B.   A true and correct copy of the Postcard Notice is attached hereto as Exhibit C.

**Email Notices Not Delivered in Initial Notice**

11.  Of the 56,870 Email Notices sent on the Initial Notice Date, there were 3,559 emails that were returned as undeliverable ("bounce backs").

12.  Of these 3,559 bounce backs, 1,145 Class Members had a postal address on the original Class List, and 2,414 did not have a postal address in the original Class List. Angeion performed a reverse telephone number search on the 2,414 Class Members in an effort to append address information.  Through the services of a primary and a secondary source, Angeion obtained postal address information for 588, resulting in a total of 1,733 Class Members with a postal address.  On January 18, 2017, Angeion performed an NCOA search on 1,733 of the bounce backs to whom a Postcard Notice would be mailed.

13.  In accordance with the Order, on January 20, 2017, Angeion caused 1,733 Postcard Notices to be mailed via USPS First Class Mail to bounce backs where an address could be obtained.

**Undeliverable Postcard Notices**

14.  As of April 10, 2017, 13 Postcard Notices were returned to Angeion by the USPS with a forwarding address.  Following receipt of these returned mailings, Angeion caused the Postcard Notices to be mailed via USPS First Class Mail to the forwarding addresses provided by the USPS.

15.  As of April 10, 2017, a total of 1,028 Postcard Notices were returned to Angeion by the USPS without forwarding addresses. Angeion conducted address verification searches (commonly referred to as "skip traces") in an attempt to locate updated addresses.

16.  Angeion located 660 updated addresses via skip tracing.  The Class List was updated with the new addresses and the Postcard Notice was re-mailed via USPS First Class Mail to the updated addresses.

### Publication Notice

17.  In order to notify those class members for whom Angeion did not possess either an electronic or postal address, Angeion instituted a targeted banner ad campaign.  Specifically, in accordance with the Order, on January 9, 2017, Angeion implemented a four-week desktop and mobile internet banner campaign, through Google AdWords, utilizing banner-style notices that were specifically targeted to reach potential Settlement Class Members. The banner-style notices contained a link to the Settlement website at http://www.fhguesssettlement.com/. Through February 8, 2017, the campaign served 2,297,571 impressions and achieved 6,891 clicks.

### Case Specific Website and Toll-Free Phone Number

18.  In accordance with the Order, on January 9, 2017, Angeion established the following website devoted to this Settlement:   http://www.fhguesssettlement.com/. This website contains general information about the Settlement, including important dates and deadlines pertinent to this matter, and copies of important documents including the Notice, Claim Form, Preliminary Approval Order, Settlement Agreement, and Plaintiff's Amended Complaint.  The Settlement website also has a "Contact Us" page whereby Class Members can contact Angeion via email to update their address or submit additional questions regarding the Settlement.

19.  The Settlement website also provided an online claim filing portal whereby Class Members could file claims online.  Class Members who received a Postcard Notice or Email Notice could submit an online claim by entering the assigned Reference Number (that was provided to the Class Member), along with the 10-digit cell phone number associated with that Class Member. If the claimant did not have a Reference Number, or could not recall his/her 10-

digit cell phone number, he/she could file a "generic claim" on the website. Class Members could also download a PDF of the Claim Form to complete and submit by mail.

20.   As of April 10, 2017, the settlement website has had 62,817 sessions and 190,988 page views.

21.   In accordance with the Order, on January 9, 2017, Angeion established the following toll-free line devoted to this case: 1-855-274-6889.   The toll-free line utilizes an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions and information about filing claims and important deadline dates.   The toll-free line is accessible 24 hours a day, 7 days a week.

**Claims Filed**

22.   As of April 10, 2017, Angeion has received a total of 940 timely and valid Claim Forms submitted online or by mail or e-mail.

**Requests for Exclusion**

23.   In order to request Exclusion from the Class, Class Members were required to send a letter or postcard to the Claims Administrator stating: the name and case number of the Action, their full name, address, and telephone number, and a statement that the person does not wish to participate in the Settlement.   The postmark deadline to request exclusion from the Settlement was March 10, 2017.   As of April 10, 2017, Angeion has received one timely-submitted request for exclusion. The exclusion request was forwarded to both Plaintiff and Defense counsel. A copy of the request for exclusion is attached hereto as Exhibit D.

**Objections to the Settlement**

24.   Class Members who have not submitted a timely written exclusion request, and who wanted to object to the Settlement Agreement must have delivered a written objection to the Claims Administrator postmarked no later than March 10, 2017.   As of April 10, 2017, Angeion has received one timely-submitted objection to the Settlement.   The objection was forwarded to both Plaintiff and Defense counsel. A copy of the objection is attached hereto as Exhibit E.

**Distribution**

25.  Following the Effective Date, Angeion will work with Plaintiff and Defense counsel to effectuate the distribution of the Settlement Payments or Settlement Vouchers in accordance with the terms of the Settlement Agreement and the directives and Orders of this Court.

I declare under penalty of perjury pursuant to the laws of the Commonwealth of Pennsylvania and the United States of America, that the above is true and correct to the best of my knowledge and that this Declaration was executed this 10th day of April, 2017 at Philadelphia, PA.

By: _____

Denise L. Earle

Exhibit A



Leo P. Norton                                                                    Via USPS Priority Mail
+1 858 550 6083
lnorton@cooley.com


September 22, 2016

United States Attorney General &
Appropriate State Officials
(Please see attached list for complete list of those served)

**Re:  Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
   ***Haghayeghi v. Guess?, Inc.*, S.D. Cal. Case No. 3:14-cv-00020-JAH-NLS**

Dear Counsel or Official:

Defendant Guess?, Inc. ("Guess") provides this notice pursuant to 28 U.S.C. § 1715 (codified by the Class Action Fairness Act of 2005 ("CAFA")).   On September 15, 2016, the plaintiff in the above-referenced action filed a motion for preliminary approval of the proposed class action settlement and submitted the Settlement Agreement and Release as an exhibit thereto.  The action relates to plaintiff's allegations that Guess sent text messages to cellular phone numbers using an automatic dialing system without the recipient's prior express consent in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").  Guess stopped sending text messages to its customers in December 2013.  As part of the settlement, Guess denies all allegations of wrongdoing or liability whatsoever as to plaintiff and the proposed settlement class, and Guess further contends that its conduct was lawful and in compliance with the TCPA at all times.  In accordance with 28 U.S.C. § 1715(b), Guess hereby provides notice of the proposed settlement and states as follows:

a.   Guess is enclosing a copy of the original and amended complaints and any materials filed with the complaints.  28 U.S.C. § 1715(b)(1).

b.   Plaintiff has filed a motion for preliminary approval of the proposed settlement.  Guess is enclosing a copy of plaintiff's notice of motion and motion and supporting documents.  The motion is currently noticed and set for hearing on November 7, 2016, at 2:30 pm, in Courtroom 13B of the United States District Court for the Southern District of California.  The hearing date is subject to change without further notice, and the court may rule on the motion without a hearing.  28 U.S.C. § 1715(b)(2).

c.   The proposed notifications to class members about the proposed settlement and their rights to object to or to request exclusion from the proposed settlement, which are subject to court approval, are attached as Exhibits B through E, to the Settlement Agreement and Release. The Settlement Agreement and Release was filed with the court on September 15, 2016 as Exhibit 1 to Plaintiff's Memorandum of Points and Authorities In Support of Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.  An executed version of the Settlement Agreement and Release is also enclosed with this letter. 28 U.S.C. § 1715(b)(3).

d.   As noted above, we have enclosed a copy of the Settlement Agreement and Release. Please note that the Exhibits attached to the Settlement Agreement and Release are offered



United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Two

to the court for its approval, and as such may be subject to further changes.  28 U.S.C. § 1715(b)(4).

e.      There are no other settlements or agreements made between class counsel and counsel for Guess.  28 U.S.C. § 1715(b)(5).

f.      There is no final judgment yet.  The proposed Order Granting Final Approval of Class Settlement and proposed Final Judgment, which are subject to court approval, are attached as Exhibits G and H to the enclosed Settlement Agreement and Release.  28 U.S.C. § 1715(b)(6).

g.      At this time, it is not feasible to provide the names of class members who reside in each state.  Based on its records, Guess estimates that the class is comprised of approximately 200,000 - 250,000 persons. Under the terms of the Settlement Agreement and Release, each class member that is an Authorized Claimant (defined term under the Settlement Agreement and Release) is entitled to his or her choice of either (a) a Settlement Payment (a one-time cash payment of fifteen U.S. dollars ($15)) or (b) a Settlement Voucher (a one-time use voucher redeemable for thirty U.S. dollars ($30) off merchandise at any of Guess's retail stories in the United States (no minimum purchase required), subject to certain terms and conditions) ("Settlement Payment" and "Settlement Voucher" are defined terms under the Settlement Agreement and Release).   Based on its records, Guess estimates that the number of class members residing in each state (expressed as a percentage of 225,000 persons) and the estimated proportionate share of the claims of such members to the entire settlement is as follows:

| State | Approximate Percentage |
|---|---|
| Alabama | 0.12% |
| Alaska | 0.06% |
| Arizona | 2.18% |
| Arkansas | 0.06% |
| California | 22.31% |
| Colorado | 2.59% |
| Connecticut | 0.27% |
| Delaware | 0.24% |
| District of Columbia | 0.62% |
| Florida | 10.78% |

# Cooley

United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Three

| Georgia | 2.87% |
|---------|-------|
| Hawaii | 0.85% |
| Idaho | 0.05% |
| Illinois | 5.41% |
| Indiana | 0.28% |
| Iowa | 0.10% |
| Kansas | 0.43% |
| Kentucky | 0.09% |
| Louisiana | 1.02% |
| Maine | 0.03% |
| Maryland | 1.85% |
| Massachusetts | 1.66% |
| Michigan | 3.50% |
| Minnesota | 0.40% |
| Mississippi | 0.07% |
| Missouri | 0.55% |
| Montana | 0.04% |
| Nebraska | 0.08% |
| Nevada | 1.36% |
| New Hampshire | 0.05% |
| New Jersey | 4.63% |
| New Mexico | 0.17% |
| New York | 10.55% |



United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Four

| | |
|---|---|
| North Carolina | 2.47% |
| North Dakota | 0.04% |
| Ohio | 1.65% |
| Oklahoma | 0.12% |
| Oregon | 0.12% |
| Pennsylvania | 2.09% |
| Rhode Island | 0.75% |
| South Carolina | 0.61% |
| South Dakota | 0.03% |
| Tennessee | 0.34% |
| Texas | 11.46% |
| Utah | 0.12% |
| Vermont | 0.02% |
| Virginia | 2.27% |
| Washington | 1.53% |
| West Virginia | 0.04% |
| Wisconsin | 0.19% |
| Wyoming | 0.03% |
| Unknown/Other | 0.88% |

28 U.S.C. § 1715(b)(7).

h.   There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute.  28 U.S.C. § 1715(b)(8).

i.   The persons served with this notice are identified in Attachment A to this letter.

# Cooley

United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Five

If you have any questions about this notice, the above-referenced action, or the enclosures, please
contact me.

Sincerely,

Cooley LLP

Leo P. Norton

Enclosures

cc:     The Honorable John A. Houston (via CM/ECF and hand delivery, without enclosures)
        Counsel for plaintiff Farideh Haghayeghi (via CM/ECF and mail, without enclosures)



United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Six

<u>**ATTACHMENT A**</u>

| | |
|---|---|
| Loretta E. Lynch<br>US Attorney General | US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530 |
| CAFA Coordinator | Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave, Suite 11000<br>San Francisco, CA 94102 |
| Jahna Lindemuth<br>Attorney General for Alaska | P.O. Box 110300<br>Juneau, AK 99811-0300 |
| Luther Strange<br>Attorney General for Alabama | P.O. Box 300152<br>Montgomery, AL 3313-0152 |
| Leslie Rutledge<br>Attorney General for Arkansas | 323 Center St., Suite 200<br>Little Rock, AR  72201 |
| Mark Brnovich<br>Attorney General for Arizona | 1275 W. Washington St.<br>Phoenix, AZ  85007 |
| Cynthia H. Coffman<br>Attorney General for Colorado | Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 |
| George C. Jepsen<br>Attorney General for Connecticut | 55 Elm St.<br>Hartford, CT  06106 |
| Karl A. Racine<br>Attorney General for DC | 441 4th St., NW, Suite 1100S<br>Washington, DC  20001 |
| Matthew Denn<br>Attorney General for Delaware | Carvel State Office Bldg.<br>820 N. French St., 6th Fl<br>Wilmington, DE  19801 |

# Cooley

United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Seven

| | |
|---|---|
| Pam Bondi<br>Attorney General for Florida | The Capitol, PL-01<br>Tallahassee, FL  32399 |
| Sam Olens<br>Attorney General for Georgia | 40 Capitol Square SW<br>Atlanta, GA  30334 |
| Douglas S. Chin<br>Attorney General for Hawaii | 425 Queen St.<br>Honolulu, HI  96813 |
| Tom Miller<br>Attorney General for Iowa | 1305 E Walnut St<br>Des Moines, IA  50319 |
| Lawrence G. Wasden<br>Attorney General for Idaho | 700 W. Jefferson St.<br>Suite 210<br>Boise, ID  83720 |
| Lisa Madigan<br>Attorney General for Illinois | 100 W Randolph St.<br>Chicago, IL  60601 |
| Greg Zoeller<br>Attorney General for Indiana | Indiana Government Center South<br>302 W. Washington St, 5th Floor<br>Indianapolis, IN  46204 |
| Derek Schmidt<br>Attorney General for Kansas | 120 SW 10th Ave., 2nd Fl.<br>Topeka, KS  66612 |
| Andy Beshear<br>Attorney General for Kentucky | Capitol Building, Suite 118<br>700 Capitol Avenue<br>Frankfort, KY  40601 |
| Jeff Landry<br>Attorney General for Louisiana | P.O. Box 94095<br>Baton Rouge, LA  70804-4095 |
| Maura Healey<br>Attorney General for Massachusetts | One Ashburton Pl.<br>Boston, MA  02108 |
| Brian Frosh<br>Attorney General for Maryland | 200 St. Paul Pl.<br>Baltimore, MD  21202 |

# Cooley

United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Eight

| | |
|---|---|
| Janet T. Mills<br>Attorney General for Maine | 6 State House Station<br>Augusta, ME  04333 |
| Bill Schuette<br>Attorney General for Michigan | G. Mennen Williams Bldg., 7th Fl.<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI  48909 |
| Lori Swanson<br>Attorney General for Minnesota | 445 Minnesota St., Suite 102<br>St. Paul, MN  55101 |
| Chris Koster<br>Attorney General for Missouri | Supreme Court Building<br>207 W High St.<br>Jefferson City, MO  65101 |
| Jim Hood<br>Attorney General for Mississippi | Walter Sillers Bldg.<br>550 High St., Ste. 1200<br>Jackson, MS  39201 |
| Tim Fox<br>Attorney General for Montana | Justice Building, 3rd Fl.<br>215 North Sanders<br>Helena, MT  59601 |
| Roy Cooper<br>Attorney General for North Carolina | 9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Wayne Stenehjem<br>Attorney General for North Dakota | State Capitol<br>600 E. Blvd. Ave., Dept. 125<br>Bismarck, ND  58505 |
| Doug Peterson<br>Attorney General for Nebraska | P.O. Box 98920<br>2115 State Capitol<br>Lincoln, NE  68509 |
| Joseph A. Foster<br>Attorney General for New Hampshire | 33 Capitol St.<br>Concord, NH  03301 |



United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Nine

| Christopher S. Porrino<br>Attorney General for New Jersey | Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ  08625 |
| --- | --- |
| Hector Balderas<br>Attorney General for New Mexico | P.O. Drawer 1508<br>Santa Fe, NM  87504-1508 |
| Adam Paul Laxalt<br>Attorney General for Nevada | 100 N. Carson St.<br>Carson City, NV  89701 |
| Eric T. Schneiderman<br>Attorney General for New York | The Capitol<br>Albany, NY 12224-0341 |
| Mike DeWine<br>Attorney General for Ohio | 30 E. Broad St., 14th Floor<br>Columbus, OH  43215 |
| E. Scott Pruitt<br>Attorney General for Oklahoma | 313 NE 21st St.<br>Oklahoma City, OK  73105 |
| Ellen F. Rosenblum<br>Attorney General for Oregon | Oregon Department of Justice<br>1162 Court St., NE<br>Salem, OR  97301 |
| Bruce R. Beemer<br>Attorney General for Pennsylvania | 16th Floor, Strawberry Square<br>Harrisburg, PA  17120 |
| Peter Kilmartin<br>Attorney General for Rhode Island | 150 S. Main St.<br>Providence, RI  02903 |
| Alan Wilson<br>Attorney General for South Carolina | P.O. Box 11549<br>Columbia, SC  29211 |
| Marty J. Jackley<br>Attorney General for South Dakota | 1302 E. Hwy. 14, Suite 1<br>Pierre, SD  57501 |

# Cooley

United States Attorney General &
Appropriate State Officials (Please see attached
service list for complete list of those served)
September 22, 2016
Page Ten

| | |
|---|---|
| Herbert H. Slatery, III<br>Attorney General for Tennessee | 425 5th Ave. N.<br>Nashville, TN  37243 |
| Ken Paxton<br>Attorney General for Texas | P.O. Box 12548<br>Austin, TX  78711-2548 |
| Sean Reyes<br>Attorney General for Utah | P.O. Box 142320<br>Salt Lake City, UT  84114-2320 |
| Mark Herring<br>Attorney General for Virginia | 900 E. Main St.<br>Richmond, VA  23219 |
| William H. Sorrell<br>Attorney General for Vermont | 109 State St.<br>Montpelier, VT  05609 |
| Bob Ferguson<br>Attorney General for Washington | 1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA  98504 |
| Brad Schimel<br>Attorney General for Wisconsin | 17 W. Main St<br>P.O. Box 7857<br>Madison, WI  53703-7857 |
| Patrick Morrisey<br>Attorney General for West Virginia | State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV  25305 |
| Peter K. Michael<br>Attorney General for Wyoming | Kendrick Building<br>2320 Capitol Ave<br>Cheyenne, WY  82002 |

136966296

Exhibit B

To: _____
From: donotreply@FHGuessSettlement.com

Re: LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION

**Name:**          **John Q. Claimant**
**Reference #:**    **GU1234567**
**Last 4 Phone #:** **1234**

**If you received a text message from or on behalf of Guess between October 16, 2013 and November 8, 2016, inclusive, you may be eligible to receive your choice of either a $15 payment or a voucher redeemable for $30 off a purchase from Guess.**

**Why did I get this notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *Haghayeghi v. Guess?, Inc. et al.*, Case 14-cv-00020 ("Action").  According to available records, you might be a "Class Member."  The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against Guess?, Inc. ("Guess") by plaintiff Farideh Haghayeghi alleging Guess violated the Telephone Consumer Protection Act by sending text messages without appropriate consent.  Guess denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial.  ***No court has decided which side is right.  But both sides agreed to provide benefits to Guess customers and to resolve the case.**

**Am I a Class Member?**  You are a "Class Member" if you received a text message from or on behalf of Guess between October 16, 2013 and November 8, 2016, inclusive.

**What relief does the Settlement provide?**  If you are a Class Member, you are eligible to receive your choice of either a (a) Settlement Payment of a one-time cash payment of fifteen dollars ($15) or (b) Settlement Voucher to receive $30 off a merchandise purchase (no minimum purchase required).  To receive a Settlement Payment or Settlement Voucher you must timely complete and submit a valid Claim Form.  A Claim Form is available on the Internet at the Settlement Website www.FHGuessSettlement.com.  The deadline to submit a Claim Form is **March 10, 2017**.

**What are my other options?**  If you don't want to be legally bound by the Settlement, you must exclude yourself by **March 10, 2017**, or you won't be able to sue Guess about the legal claims in the Action ever again.  If you exclude yourself, you cannot receive a Settlement Payment or Settlement Voucher from this Settlement.  If you stay in the Settlement, you may object to it by **March 10, 2017**.  The detailed notice available at www.FHGuessSettlement.com explains how to request exclusion or object.  The Court will hold a hearing on **April 24, 2017** at 2:30 p.m. PST to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Strategic Legal Practices, APC, Mazie Slater Katz & Freeman, LLC, and Rosner, Barry & Babbitt, LLP) for $495,000 in attorneys' fees and costs, and the class representative's (Farideh Haghayeghi) request for $5,000 for her services.  You may ask to appear at the hearing, but you don't have to.

**More information?**   For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.FHGuessSettlement.com.   You may also write to the Claims Administrator at the email address FHGuessSettlement@AdministratorClassAction.com or the postal address Haghayeghi v. Guess?, Inc. Settlement, 1801 Market Street, Suite 660, Philadelphia, PA 19103 or contact the Claims Administrator by toll-free telephone call at 1-855-274-6889.

# Exhibit C

**If you received a text message from or on behalf of Guess between October 16, 2013 and November 8, 2016, inclusive, you may be eligible to receive your choice of either a $15 payment or a voucher redeemable for $30 off a purchase from Guess.**

**Why did I get this notice?** A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *Haghayeghi v. Guess?, Inc. et al.*, Case 14-cv-00020 ("Action"). According to available records, you might be a "Class Member." The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?** The Action was filed against Guess?, Inc. ("Guess") by plaintiff Farideh Haghayeghi alleging Guess violated the Telephone Consumer Protection Act by sending text messages without appropriate consent. Guess denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial. ***No court has decided which side is right. But both sides agreed to provide benefits to Guess customers and to resolve the case.***

**Am I a Class Member?** You are a "Class Member" if you received a text message from or on behalf of Guess between October 16, 2013 and November 8, 2016, inclusive.

**What relief does the Settlement provide?** If you are a Class Member, you are eligible to receive your choice of either a (a) Settlement Payment of a one-time cash payment of fifteen dollars ($15) or (b) Settlement Voucher to receive $30 off a merchandise purchase (no minimum purchase required). To receive a Settlement Payment or Settlement Voucher you must timely complete and submit a valid Claim Form. A Claim Form is available on the Internet at www.FHGuessSettlement.com. The deadline to submit a Claim Form is **March 10, 2017**.

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself **March 10, 2017** or you won't be able to sue Guess about the legal claims in the Action ever again. If you exclude yourself, you cannot receive a Settlement Payment or Settlement Voucher from this Settlement. If you stay in the Settlement, you may object to it by **March 10, 2017**. The detailed notice available at www.FHGuessSettlement.com explains how to request exclusion or object. The Court will hold a hearing on **April 24, 2017 at 02:30 p.m.** PST to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Strategic Legal Practices, APC, Mazie Slater Katz & Freeman, LLC, and Rosner, Barry & Babbitt, LLP) for $495,000 in attorneys' fees and costs, and the class representative's (Farideh Haghayeghi) request for $5,000 for her services. You may ask to appear at the hearing, but you don't have to.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.FHGuessSettlement.com. You may also write to the Claims Administrator at FHGuessSettlement@AdministratorClassAction.com or the postal address: Haghayeghi v. Guess?, Inc. Settlement, 1801 Market Street, Suite 660, Philadelphia, PA 19103 or contact the Claims Administrator by toll-free telephone call at 1-855-274-6889.

**Haghayeghi v. Guess?, Inc. Settlement**
c/o Claims Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

**ELECTRONIC SERVICE REQUESTED**

Reference #:      GU1234567
Last 4 Phone #:   1234

[BAR CODE REFERENCE NUMBER]
JOHN Q CLASSMEMBER
123 MAIN ST.
ANYTOWN, ST 12345
[POSTAL BAR CODE]

## PLEASE RETAIN THIS POSTCARD FOR YOUR RECORDS

# Exhibit D

**FH Guess Settlement**

Kate Ramsay [kateramsay143@gmail.com]
**Sent:** Monday, January 09, 2017 11:33 AM
**To:**  FHGuessSettlement@AdministratorClassAction.com

I want to be excluded please
My name is Kate Ramsay
Phone number 7028070943
9050 w warm springs rd unit 2149
Las Vegas Nevada 89148

Case No. 14-cv-00020-JAH-NLS

Sent from my iPhone

# Exhibit E

Haghayeghi v. Guess?, Inc. et al., Case 14-cv-00020

Melissa Randolph Phone Number 561-252-2442

308 Ocean Breeze, Lake Worth, FL 33460

Notice of Objection

March 10, 2017

To Whom It May Concern:

My name is Melissa Randolph and I object to the class action settlement.  I received unsolicited texts for this case.  The attorney fees in this case are too high and will take too much of the consumer's money and most consumers do not realize there is a settlement. The settlement is very confusing.  My cellular number that received the texts is 561-252-2442 but please do not contact me at this number. I live at 308 Ocean Breeze, Lake Worth, FL 33460.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding class membership are true and correct to the best of my knowledge.


Melissa Randolph



WEST PALM BCH FL 334

30 MAR 2017 PM 3 1

Haghayeghi v. Guess?, Inc. Settlement
Attn: Objections
1801 Market Street, Suite 660
Philadelphia, PA 19103

19103-162899