# Exhibit A

<u>Exclusion List</u>

1. Kate Ramsay