

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 11 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FARIDEH HAGHAYEGHI, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff-Appellee,<br><br> v.<br><br>MELISSA RANDOLPH,<br><br>　　　　Objector-Appellant,<br><br> v.<br><br>GUESS ?, INC.,<br><br>　　　　Defendant-Appellee. | No.   17-55763<br><br>D.C. No. 3:14-cv-00020-JAH-NLS Southern District of California, San Diego<br><br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 6) is granted. Fed. R. App. P. 42(b).

The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　　　　　　　By: Kyungah Suk
　　　　　　　　　　　　　　　　Circuit Mediator

KS/Mediation